**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
PATRICK SCOTT FENTRESS                    Case # 05-12531-RGM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| PATRICK SCOTT FENTRESS<br>42795 SHALER STREET<br>CHANTILLY, VA 20152 | $1,066.93 |

Dated: February 27, 2007          /s/Gerald M. O'Donnell
                                  Gerald M. O'Donnell
                                  211 North Union Street, Ste. 240
                                  Alexandria, VA 22314
                                  (703) 836-2226
                                  VSB#7930